

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00036-CV

| | | |
|---|---|---|
| Mark Walters | § | From the 271st District Court |
| v. | § | of Wise County (CV11-10-856) |
| Management Training Corporation (MTC), Charlotte Walker, Ricky Denny, and Brenda Wilkinson | § | September 4, 2014 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM